In Matter of Petition to Detach Territory from Catlin Township High School District No. 230, in Vermilion County, Illinois, and to Annex same to Adjoining District known as Jamaica Consolidated High School District No. 237, in Vermilion and Edgar Counties, Illinois.

Catlin Township High School District No. 230, in Vermilion County, Illinois, et al., Plaintiffs-Appellants, v. County Board of School Trustees of Vermilion County, Illinois, an Administrative Agency, et al., Defendants-Appellees.

Gen. No. 10,096.

Third District.

January 28, 1957.

Released for publication February 14, 1957.

Carroll E. Snyder, and Bookwalter, Carter, Gunn & Hickman, for plaintiffs-appellants; John T. Allen, State's Attorney, and Acton, Baldwin, Bookwalter & Meyer, for defendants-appellees, W. M. Acton, of counsel. Opinion by JUDGE ROETH. Not to be published in full.